**DENY; and Opinion Filed January 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00076-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Brown

This petition for writ of mandamus arises from a contempt proceeding based on relator's failure to pay child support. Relator requests that the Court vacate a number of trial court orders including the order of contempt. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude the relator has failed to establish a right to relief. We deny the petition for writ of mandamus. Tex. R. App. P. 52.8.

/Ada Brown/
ADA BROWN
JUSTICE

150076F.P05